UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James J. Stahl,

      Plaintiff,

v.

      Case No. 2:14-cv-2352
      Judge Michael H. Watson
      Magistrate Judge King

Commissioner of Social Security,

      Defendant.

## ORDER

On September 9, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner of Social Security be affirmed and that this action be dismissed. Report and Recommendation, ECF No. 15. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The Report and Recommendation, ECF No. 15, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is **AFFIRMED**. This action is hereby **DIMSISSED**.

The Clerk is **DIRECTED** to enter final judgment pursuant to Sentence 4 of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT